```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

RYAN GITTENS,                          *

    Petitioner,                    *

vs.                                    *
                                       CASE NO. 4:12-CV-173-CDL
ERIC HOLDER, JANET NAPOLITANO,         *
FELICIA SKINNER, and MICHAEL
SWINTON,                               *

    Respondents.                   *

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on June 26, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 1st day of August.

                                                   s/Clay D. Land
                                                       CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE